# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00008-CV

## In re Phillip G. Scott

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a); *see also* Tex. Code Crim. Pro. art. 32.01(a) (providing dismissal occurs if defendant is not indicted "on or before the last day of the next term of the court which is held after the defendant's commitment or admission to bail or on or before the 180th day after the date of commitment or admission to bail, whichever date is later").

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed: January 12, 2022